IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00068–EWN–CBS

SCOTT SCHNEIDER,

    Plaintiff,

v.

TYRAL STARKEY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order Entered on March 16, 2007 (*doc. no. 8)* is **GRANTED**.  The deadline to submit Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to on or before **June 29, 2007**, and the deadline to submit Rule 26(a)(2) REBUTTAL expert disclosures is extended to on or before **August 15, 2007**.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    June 1, 2007