IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00068–EWN–CBS

SCOTT SCHNEIDER,

    Plaintiff,

v.

TYRAL STARKEY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Upon review of Defendant's Response to Plaintiff's Motion to Amend Complaint to Add Claim for Exemplary Damages (*doc. no. 14)*, it is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (*doc. no. 10)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Complaint and Jury Demand (*doc no. 10-3*) tendered to the court on June 1, 2007.

    In light of the foregoing, the July 24, 2007, hearing is **VACATED**.

**DATED:**    June 20, 2007