**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

Civil Action No.: **07-cv-00068-EWN-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date: July 10, 2007**                            **Courtroom Deputy:** Ben Van Dyke

SCOTT SCHNEIDER,                                   Craig Ewing, via telephone

     **Plaintiff,**

v.

TYRAL STARKEY,                                     Andrew J. Gibbs, via telephone

     **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:     2:26 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   Plaintiff's Second Unopposed Motion to Amend Scheduling Order Entered
on March 16, 2007 as Amended on June 1, 2007 [filed June 29, 2007; doc. 18]
is granted in part and denied in part for the reasons stated on the record.
Plaintiff may submit Dr. Mistry's expert disclosures by July 13, 2007.
Defendant may make his expert disclosure on the plastic surgery issue by
August 3, 2007.**

**ORDERED:   Defendant's counsel shall contact plaintiff's counsel by noon on July 11, 2007
to alert him of what steps he has taken to obtain the requested toxicology
reports.**

HEARING CONCLUDED.

**Court in Recess:     2:46 p.m.**
Total In-Court Time:     00:20