IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00068–EWN–CBS

SCOTT SCHNEIDER,

    Plaintiff,

v.

TYRAL STARKEY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Third Unopposed Motion to Amend Scheduling Order Entered on March 16, 2007 as Amended on June 1, 2007 (*doc. no. 22)* is **GRANTED**.  Plaintiff has up to and including **August 6, 2007** to submit supplemental expert disclosures and a report by Dr. Brent and defendant has up to and including **August 23, 2007** in which to file a supplemental expert disclosure and rebuttal expert report.

**DATED:**    July 25, 2007