IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00068-EWN-KLM

SCOTT SCHNEIDER,

    Plaintiff(s),

v.

TYRAL STARKEY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' Stipulated Motion to Vacate Settlement Conference (Docket No. **30,** Filed August 22, 2007) ("the motion").

IT IS **ORDERED**  that the motion is   **GRANTED.**

IT IS FURTHER **ORDERED** that  the  settlement conference  set AUGUST 24, 2007 at   9:00 a.m.   is **vacated.**

It is further **ORDERED**   that all parties shall file a  Status Report indicating whether settlement was achieved or not   within seventy-two (72) hours of completion     of the mediation conference with JAMS scheduled October 04, 2007.

The Discovery cutoff  deadline of **September 07, 2007** and  the Dispositive Motion deadline of **September 11, 2007** remain unchanged.

Dated:  August 22, 2007